**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000048**
**13-AUG-2024**
**02:00 PM**
**Dkt. 202 ODAC**

**Case ID CAAP-19-0000048 Romspen v. L & E Ranch**

NOTE: Order rejecting Application for Writ of Certiorari
was filed on 08/13/2024 under SCWC-19-0000048
(attached).

*Application for Writ filed 07/01/2024

**Electronically Filed
Supreme Court
SCWC-19-0000048
13-AUG-2024
01:51 PM
Dkt. 28 ODAC**

SCWC-19-0000048

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ROMSPEN INVESTMENT CORPORATION, an Ontario Corporation,
Respondent/Plaintiff-Appellee,

vs.

L & E RANCH LLC, a Hawaiʻi limited liability company,
Petitioner/Defendant-Appellant,

and

HUGH JOHN COFLIN; JANET DAWN STEPHENSON COFLIN; THE BANK OF NEW
YORK MELLON, a New York Corporation; DEPARTMENT OF TAXATION,
STATE OF HAWAIʻI; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION;
TERRY LYNN OHARA MOSELEY; ASSOCIATION OF APARTMENT OWNERS OF KAI
MALU AT WAILEA; ASSOCIATION OF APARTMENT OWNERS OF WAILEA
FAIRWAY VILLAS; ASSOCIATION OF APARTMENT OWNERS OF MAKENA SURF;
DEAN S. ARASHIRO; MARGARET C. GARCIA; MARGARET C. GARCIA, DDS,
INC.; DEAN S. ARASHIRO, DDS, MS, LTD.; MAUI MIAMI AUMAKA
PARTNERS LIMITED PARTNERSHIP,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000048; CASE NO. 2CC161000470)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Somerville, in place of Devens, J., recused)

Petitioner L & E Ranch's Application for Writ of

Certiorari, filed on July 1, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 13, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Rowena A. Somerville